GREENE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Su-

preme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Arthur M. Greene against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that the question of defendant's negligence should have been submitted to the jury.